**Order filed, January 28, 2014.**



**In The**

**𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘**
_____

**NO. 14-13-01010-CV**
_____

**RON VILOTTI, Appellant**

**V.**

**FIDELITY NATIONAL TITLE INSURANCE COMPANY AND CHICAGO TITLE COMPANY, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-192096**

---

**ORDER**

The reporter's record in this case was due **January 03, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM